

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00064-CV

Quality Lease and Rental Holdings, LLC
v.
Greta Yvette Mobley, David Michael Mobley,
Texas Quality Mats, LLC, Texas Quality Gate Guard Service, LLC,
and Quality Lease Air Service, LLC

On Appeal from the
329th District Court of Wharton County, Texas
Trial Cause No. 46,632

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

June 19, 2014